**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

In re:                                                                                      Chapter 11
SCOTT KERNER,                                                                  Case No. 17-13514 (MG)

                              Debtor.
------------------------------------------------------------x

## ORDER CONVERTING CHAPTER 11 CASE TO CHAPTER 7 CASE AND DENYING REQUEST FOR ATTORNEYS' FEES

Upon motion (the "Motion") of Scott Kerner (the "Debtor") seeking entry of an order, pursuant to 11 U.S.C. § 1112(b), dismissing his chapter 11 case; and upon the cross-motion (the "Cross-Motion") of Urban Compass, Inc. ("Compass") seeking entry of an order converting the case to a chapter 7 case and for reimbursement of attorneys' fees; and the Court having held a hearing on the Motion and Cross-Motion on March 28, 2018 (the "Hearing"); and upon the arguments presented in the Motion and Cross-Motion and at the Hearing, and for the reasons stated on the record; and cause appearing therefor; it is hereby

**ORDERED**, that the Debtor's chapter 11 case is converted to a chapter 7 case; and it is further

**ORDERED**, that Compass' request for attorneys' fees set out in the Cross-Motion is denied.

      **IT IS SO ORDERED.**

Dated:  March 28, 2018
        New York, New York

                                                                 **/s/ Martin Glenn**
                                                                    MARTIN GLENN
                                            United States Bankruptcy Judge