**Angela Tese-Milner, Esq.**
**The Law Firm of Tese & Milner**
**735 Wickham Avenue**
**PO Box 35**
**Mattituck, New York 11935**
**212-475-3673**
*Attorneys for the Chapter 7 Trustee*
*Angela Tese-Milner*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | Hearing Date: April 29, 2019 |
| **SOUTHERN DISTRICT OF NEW YORK** | 2:00 p.m. |

─────────────────────────────X

In re:
Scott Kerner,                                                                 Case No. 17- 13514 (MG)
                             Debtor.                                           Chapter 7

─────────────────────────────X

### NOTICE OF HEARING OF HEARING ON MOTION TO AUTHORIZE STIPULATION OF SETTLEMENT RESOLVING CLAIM NO. 3

**PLEASE TAKE NOTICE** that on April 29, 2019 at 2:00 p.m. (hereinafter "**Hearing Date**"), a hearing will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court House for the Southern District of New York, One Bowling Green, New York, New York 10004 concerning the **Motion** pursuant to Federal Rule of Bankruptcy Procedure 9019 (hereinafter "**Motion**"), for authorization to enter into the Stipulation of Settlement (hereinafter "Settlement") reducing Claim No. 3 filed by Urban Compass, Inc. (hereinafter "**Claimant**" or "**Compass**") to the amount of $40,000.00, and allowing Claim No. 3 as a general unsecured claim. The Debtor has filed an objection seeking to expunge Claim No. 3, and not agreed to the Settlement.

**PLEASE TAKE FURTHER NOTICE** that the Motion is on file with United States Bankruptcy Court, Southern District of New York, One Bowling Green,

New York City 10004, and may be accessed electronically on the Court's website or examined and copied during regularly scheduled business hours. Objections to the Applications, if any, must be in writing, state with specificity the objection thereto, and be served upon the undersigned attorneys for the Trustee, and be filed with the Clerk of the Court, with a courtesy copy delivered to Judge Glenn in his chambers, so as to be filed and received no later than seven business days prior to the hearing date by 4:00 p.m. Unless an objection is received the order may be signed.

Dated: New York, New York
April 6, 2019

THE LAW FIRM OF TESE & MILNER
*Counsel for the Chapter 7 Trustee*

By: /s/Angela Tese-Milner, Esq.
Angela Tese-Milner, Esq,
735 Wickham Avenue
P.O. Box 35
Mattituck, New York 11952
(212) 475-3673